**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 11 B 15418 |
| Alberto Ramirez, ) | HON. Black (Joliet) |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO:   Trustee Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

Cari A Kauffman, Codilis & Associates, P.C. 15W030 N. Frontage Road, Suite 100, Burr Ridge, IL 60527, representing BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP;

See Attached Service List

PLEASE TAKE NOTICE that on December 7, 2012, at 10:00 a.m. in Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432, I shall appear before the Honorable Judge Black or before any judge sitting in his place and stead, and shall then and there present the attached Motion at which place and time you may appear if you see fit.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that she transmitted a correct copy of this notice and the attached motion on November 27, 2012, to:

The Chapter 13 Trustee listed above via electronic court notification;

Cari A Kauffman via regular U.S. Mail to 15W030 N. Frontage Road, Suite 100, Burr Ridge, IL 60527; and

To the attached service list via regular U.S. Mail from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

__/s/ *Robert Mick*___
Attorney for the Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 11-15418<br>Northern District of Illinois<br>Chicago<br>Tue Nov 27 14:51:16 CST 2012 | BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE<br>c/o Codilis & Associates, PC<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER T<br>c/o Codilis & Associates, P,C<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| (p)NATIONSTAR MORTGAGE LLC<br>P O BOX 299008<br>LEWISVILLE TX 75029-9008 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | Armor Systems Co<br>1700 Kiefer Dr<br>Suite 1<br>Zion, IL 60099-5105 |
| BAC Home Loans Servicing<br>c/o Codilis and Associates, P.C.<br>15w030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065-6285 | By-Rite Furniture<br>9 West Cass<br>Joliet, IL 60432-4199 |
| Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Collection<br>700 Longwater Dr<br>Norwell, MA 02061-1796 |
| Collection Prof/lasal<br>723 1st St<br>La Salle, IL 61301-2535 | Corral Motors Inc.<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301-0416 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Enhancrcvrco<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | NATIONSTAR MORTAGE,LLC<br>BANKRUPTCY DEPARTMENT<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TEXAS 75067-4177 |
| Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Prime Acceptance Corp<br>200 West Jackson St, Ste 720<br>Chicago, IL 60606-6941 | Vativ Recovery Solutions LLC dba SMC<br>Agebt Oakusades Acquisition IX LLC<br>Post Office 40728<br>Houston TX 77240-0728 |
| Alberto Ramirez<br>908 Edgerton Dr<br>Joliet, IL 60435-0413 | Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532-4350 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC<br>Bankruptcy Department<br>350 Highland Drive<br>Lewisville, TX 75067 | Capital One, N.a.<br>Bankruptcy Dept<br>Po Box 5155<br>Norcross, GA 30091 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Joseph F Lentner

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 11 B 15418 |
| Alberto Ramirez, ) | HON. Black (Joliet) |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO DETERMINE FINAL CURE AND PAYMENT RE RULE 3002.1

Debtor, by and through Debtor's attorneys, Robert J. Semrad and Associates, and in support of Debtor's Motion to Determine Final Cure and Payment re Rule 3002.1, Debtor states to the court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§ 1334 & 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on April 11, 2011.

3. On August 10, 2011, this Honorable Court entered an Order confirming Debtor's Chapter 13 Plan of reorganization.

4. Debtor's confirmed Chapter 13 Plan included mortgage arrears owed to BAC in the amount of $34,190.84, at Section E 5(a).

5. On December 29, 2011, Debtor's counsel filed a Notice of Motion and Motion to Authorize Debtor to Enter into a Loan Modification on behalf of the Debtor.

6. On January 13, 2012, this Honorable Court entered an Order Authorizing the Debtor to enter into the loan modification with Bank of America, N.A.

7. Debtor subsequently entered into a loan modification with his lender.

8. On October 19, 2012, Trustee Glenn Stearns filed a Notice of Final Cure Mortgage Payment re: Rule 3002.1, at docket entry number 35.

9. On November 9, 2012, BAC Home Loans Servicing filed a transfer of claim and transferred Debtor's account to Nationstar Mortgage, LLC.

10. On November 13, 2012, Nationstar Mortgage, LLC filed an Amended Response to the Chapter 13 Trustee's Notice of Final Cure Mortgage Payment alleging that $30,954.97 in pre-petition mortgage arrears remain due; said response also states that a loan modification has been completed and that the previous servicer returned funds to the Chapter 13 Trustee.

11. Nationstar Mortgage, LLC's Amended Response to the Chapter 13 Trustee's Notice of Final Cure Mortgage Payment is contradictory as BAC Home Loans would not have returned funds to the Chapter 13 Trustee if the Debtor's loan modification was not a valid modification.

12. The Amended Response to Notice of Final Cure Payment filed on November 13, 2012 by Nationstar Mortgage, LLC is incorrect.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter the Order attached to this Motion, and grant such other and further relief and this court deems fair and just.

Respectfully Submitted,

 /s/ *Robert Mick*
Attorney for the Debtor

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603